IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAREY MILLER, # 278637, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIV. ACT. NO.  2:12cv577-TMH |
| | ) | (WO) |
| WARDEN GARY HETZEL, III, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On December 14, 2012, the Magistrate Judge filed a Recommendation in this case to
which no timely objections have been filed.  (Doc. # 25).  Upon an independent review of
the file in this case and upon consideration of the Recommendation of the Magistrate Judge,
it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be
and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice
for the plaintiff's failures to prosecute this action and comply with the orders of this court.

Done this the 23rd day of January,  2013.


/s/  Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE